**THE RUBIN LAW CORPORATION**
Steven M. Rubin (SBN 090867)
433 N. Camden Drive, Suite 725
Beverly Hills, CA 90210
Telephone:  (310) 385-0777
Facsimile: (310) 288-0207

*MADE JS-6*

LAWRENCE A. ORGAN (SBN 175503)
BARBARA E. FIGARI (SBN 251942)
**EQUALITY LAWYERS LLP**
407 San Anselmo Avenue, Suite 201
San Anselmo, CA 94960
T. 415.453.4740
F. 415.963.4301

Attorneys for Plaintiff, IRVIN CHEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN CHEN, and individual,<br><br>                Plaintiff,<br><br>         vs.<br><br><br>AVON PRODUCTS, INC., a<br>corporation and DOES 1 through 50,<br><br>                Defendants. | CASE NO:  CV 11-2285-GW(SHx)<br><br>**ORDER CONSENTING TO STIPULATION TO DISMISS ENTIRE ACTION**<br><br><br><br><br><br>Complaint Filed:  February 9, 2011 |

1

THE HONORABLE JUDGE GEORGE H. WU:

Consents to the dismissal of this entire action of all parties and all causes of action with prejudice.

Dated: April 9, 2012

_George H. Wu_

GEORGE H. WU, U.S. District Judge

**(PROPOSED) ORDER CONSENTING TO STIPULATION TO DISMISS ENTIRE ACTION**

Case #CV 11-2285-GW(SHx)